United States Bankruptcy Court
District of Massachusetts

In re:  
Maureen T Daly  
     Debtor

Case No. 12-14614-wch  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0101-1    User: elombard    Page 1 of 2    Date Rcvd: Aug 01, 2012  
                         Form ID: pdf012    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2012.
```
db          +Maureen T Daly,    33 Gilmore St.,    N. Weymouth, MA 02191-1436
aty         +Robert J. Fleming, Jr.,    Fleming & Fleming, P.C.,    85 Clay Street,    Quincy, MA 02170-2735
aty         +Steven Sroczynski,    Thomas F. Williams & Associates, P.C.,    21 McGrath Highway,    Suite 501,
              Quincy, MA 02169-5394
tr          +John O. Desmond,    24 Union Avenue,    Framingham, MA 01702-8287
cr          +Quincy Credit Union,    c/o Fleming & Fleming, PC,    85 Clay Street,    Quincy, MA 02170-2735
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust          +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Aug 02 2012 00:51:21     John Fitzgerald,
               Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3934
                                                                                              TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2012**                        **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0101-1           User: elombard              Page 2 of 2                   Date Rcvd: Aug 01, 2012
                               Form ID: pdf012            Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2012 at the address(es) listed below:
          John  Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
          John O. Desmond    trustee@jdesmond.com, trustee@jdesmond.com;jdesmond@ecf.epiqsystems.com
          Robert J. Fleming    on behalf of Creditor  Quincy Credit Union rjrfleming@flemingpc.com
          Steven  Sroczynski    on behalf of Debtor Maureen Daly steve.sroczynski@gmail.com
                                                                                                                               TOTAL: 4

# UNITED STATES BANKRUPTCY COURT DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Maureen T Daly         Case Number: 12-14614         Ch: 7

**Matter:**
    #15 Motion to Avoid Lien with Quincy Credit Union  (S. Sroczynski)

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

__15__ Granted _____ Denied _____ Approved _____ Sustained

_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled

_____ OSC enforced/released

_____ Continued to:_____ For:_____

_____ Formal order/stipulation to be submitted by: _____ Date due:_____

_____ Findings and conclusions dictated at close of hearing incorporated by reference

_____ Taken under advisement:  Brief(s) due_____ From_____

                                Response(s) due_____ From_____

_____ Fees allowed in the amount of: $_____Expenses of: $_____

_____ No appearance/response by:_____

_____ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. Granted, subject to 11 USC Sec. 349.

IT IS SO NOTED:                    IT IS SO ORDERED:

                                   _/s/ William C. Hillman_____ Dated: 08/01/2012
_____
Courtroom Deputy                   William C. Hillman, U.S. Bankruptcy Judge